IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 21 2025

JEFFREY P. COLWELL
CLERK

Civil Action No. _____
(To be supplied by the court)

_Peter George Noe_____ , Plaintiff

v.

_United States_____ ,

_Federal Bureau of prisons._____

_____ .

_____ , Defendant(s).

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in
the space provided, please write "see attached" in the space above and attach an additional
sheet of paper with the full list of names. The names listed in the above caption must be
identical to those contained in Section B. Do not include addresses here.*)

Jury Trial requested:
(please check one)
X Yes ___ No

---

## PRISONER COMPLAINT

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from
public access to electronic court files. Under this rule, papers filed with the court should not
contain: an individual's full social security number or full birth date; the full name of a person
known to be a minor; or a complete financial account number. A filing may include only: the
last four digits of a social security number; the year of an individual's birth; a minor's initials;
and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other
materials to the Clerk's Office with this complaint.**

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be
served by filing a notice of change of address.  Failure to keep a current address on file with the
court may result in dismissal of your case.*

Peter George Noe  10849-041  Box  8500 Florence Co 81226.

(Name, prisoner identification number, and complete mailing address)

N/A

(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

____  Pretrial detainee
____  Civilly committed detainee
____  Immigration detainee
____  Convicted and sentenced state prisoner
__X__  Convicted and sentenced federal prisoner
____  Other: (*Please explain*) _____

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint.  If
more space is needed, use extra paper to provide the information requested.  The additional
pages regarding defendants should be labeled "B.  DEFENDANT(S) INFORMATION."*

Defendant 1: U.S Gov Solicitor General of the U S - Room S614

(Name, job title, and complete mailing address)

Dept of Justice 950 penn ave NW was DC 20530

At the time the claim(s) in this complaint arose, was this defendant acting under
color of state or federal law?  _X_ Yes ___ No (*check one*).  Briefly explain:

The gov is liable under the F.T.C.A for its
Employees acting under fed law

Defendant 1 is being sued in his/her _X_ individual and/or ___ official capacity.

2

Defendant 2: _Federal Bureau of prisons._
(Name, job title, and complete mailing address)

_P·O Box 8500 Florence Co, 81226_

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _X_ Yes ___ No (*check one*). Briefly explain:

_The F·B·O·P is responsible for its policy_

Defendant 2 is being sued in his/her ___ individual and/or _X_ official capacity.

Defendant 3: _____
(Name, job title, and complete mailing address)

_____

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ___ No (*check one*). Briefly explain:

_____

_____

Defendant 3 is being sued in his/her ___ individual and/or ___ official capacity.

## C.    JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

____    42 U.S.C. § 1983 (state, county, and municipal defendants)

____    *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

_X_    Other: (*please identify*) _Federal Tort Claim act 28 USC 2671_
_28 USC 1331 & 1346(b) as all acts occured with state colo venue is proper in this District 28 USC 1391(b) Declaratory relief under 28USC 2201, 2202_

3

## D.     STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Federal Tort Claim act Violation 28 USC 2671

Supporting facts:

(1) The defendant united States is vicariously liable for the acts and omissions of the B.O.P employees that were commited within the course of and in scope of their Employment.

(2) All named Employees were acting within the Scope of their employment in their actions and inactions at all relevent times concerning this complaint.

(3) Noe has Satisfied the administrative prerequisites to bring this action under 28 USC 2675 and 28 U.S.C 2401(b). Plaintiffs presented his FTCA Claim to the Dept of Justice, F.B.O.P and was denied in writing by Regional counsel on Nov, 19, 24 TRT-NCR-2024-07160 see (ex A)

(4)

(D) Statement of Claim(s)
Claim one (cont)

④ During Noes incarceration at the ADX facility he has suffered several medical issues and placed requests via the sick call procedures to be seen by medical.

⑤ These sick call requests of 1/6/20, 8/21/20, 8/27/20 9/3/20, 9/14/20, 10/11/20, 10/17/20, 12/7/20 12/21/20, 1/11/21, 5/17/21, 12/9/20, 1/28/21 2/21/21, 3/7/21, 4/29/21, 5/6/21, 5/11/21, 5/18/21, 5/27/21, 6/1/21, 7/17/21, 7/26/21 6/30/21, 7/27/24, 11/13/22, 7/12/22, 2/15/23 2/7/23, 11/4/23 8/8/22, Jan, 8, 23, 4/6/23, 4/29/23, 5/1/23 and meny more were not addressed in a fashion according to the program statement or law.

⑥ During the relevent time period The H.S.A' and wardens including warden Ciolli, Matevousian, True and HSA Fellows, HALL, Heiner, Keller and Salcedo had and still have a legal duty to perevent an

42

(D) Statement of claim(s)
Claim one (cont)

6 cont    unreasonable risk of harm to plaintiff. These employees of the Defend. United States, All failed in their legal Duty willingly, Knowing that their failure to Supervise would cause Noe harm.

7 The above mentioned wardens and Health Service administrators are responsible for supervising the Doctors and P.A.'s at ADX.

8 DR Oba, PA Seroski, PA. Maltezo, PA. McClinton, have not and will not do any form of Sick call. When plaintiff puts in a Sick call request he is either not Seen at all or it takes months for his request to be addressed.

9. Noe has personally explained this to warden True, Matevousian, and Ciolli as well as The HSA Fellows, Hall, Heiner, Keller and Salcedo. They all respond that they are unable to

4-3

(D) Statement of claim(s)
Claim one (cont)

(9) cont   comply with policy Due to Staff Shortage.

(10) The P.A. Seroski, maltezo are responsible for doing Sick call and they say they cannot Due to the complex nature of the inmates housed at A.D.X. The F.B.O.P owes a Legal duty to prove for Noes Safekeeping. (11) The failure to Supervise has caused Noe to Suffer in extreme pain in his Lower back, neck, Shoulder, he lost a tooth and almost Died Several times from both urinary trac infections and covid 19.

(12) Noe filed threw the administrative remedy process and spoke personally to all the wardens and HSA's. They knew of the harm not doing Sick Call would Cause. They knew Staff They were responsible for Supervising were not doing Sick call and failed to act.

4-4

(D) Statement of Claim(s)

Claim Two

Claim: 8th amend Violation.

(13) The defendant Federal Bureau of prisons is showing deliberate indifference to Noes serious medical needs in violation of his rights to protection from cruel and unusual punishment under the 8th amendment of the constitution.

(14) The Doctor Oba and all of the P.A.s and Health Services administrators claim they are not able to provide Noe (or any inmates) with sick call as they are "Short Staffed", "have to deal with hunger strikes", "people getting teamed", "Theres only one P.A. at A.D.X and 350 elderly inmates"

(15) The Defendant F.B.O.P openly admits that by policy Noe sick call slips are discarded and Not even put into his medical record.

4-5

(D) Statement of claim(s)
Claim Two (cont)

16   Keeping accurate medical records is required and part of Noes care.

17   Noe has and is constantly suffering in extreme pain and cannot receive medical care for his serious medical needs such as lower back pain and neck pain, shoulder pain or when her sick. This violates Noes 8th Amendment.

18   Plaintiff has personally spoken to each warden, each H·S·S·A to include ciolli, Matevousian, true HSA Fellows, Hall, Heiner and Sulcedo as well as PA maltezo and Sevoski they all admit they are aware of the breakdown in sick call procedures and that this break down has and is leading to the denial of medical care for Noes serious medical needs

4-6

## E.     PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? _X_ Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s):     United States Gov

Docket number and court:     23-CV-00695 / 21-CV-03340    consolidated

Claims raised:     F.T-CA ( 8th amend

Disposition: (is the case still pending?
has it been dismissed?; was relief granted?)     Pending

Reasons for dismissal, if dismissed:     pending N/A

Result on appeal, if appealed:     N/A

## F.     ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

_X_ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

_X_ Yes ___ No (*check one*)

5

(E), previous lawsuits

Noe V U.S Gov.
21-CV-01589 (Dis Colo)
F.T.C.A / 8th amed.
Denied
failure to file for review
Denied / cert Denied.

Noe v Matevousian et al
19-CV-02148
1f amend
Denied.
lack Jurisdiction
Denied

Noe V U.S. Gov
24-CV-03283 RTG
F.T.C.A 1f, 4f, imend
Pending
N/A
N/A

5-2-

## G.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."* A) appropriate and equitable relief including Declaratory and injunctive remedies (B) compensatory damages including but not limited to those for past and future pecuniary and non pecuniary loses, Emotional distress, suffering, humiliation, inconvenience, mental anguish, (C) punitive damages (D) Pain and Suffering, mental anguich, Emotional distress damages in the maximum amount allowed by law (E) attorneys fees and costs. (F) Such further relief as Justice requires or law allows. (G) ~~damages~~

## H.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

_____
(Date)    April, 15, 25

(Form Revised December 2017)

6

# EXHIBIT A



**U.S. Department of Justice**
Federal Bureau of Prisons

*North Central Regional Office*

---

Office of the Regional Counsel

*400 State Avenue*
*Tower II, Suite 800*
*Kansas City, KS  66101*

November 19, 2024

Peter Noe, Reg. No. 10849-041
United States Penitentiary ADMAX
P.O. Box 8500
Florence, CO  81226

RE:   Tort Claim TRT-NCR-2024-07160
       Amount Claimed:  $1,000,000.00

       Certified Mail Receipt No:   9589 0710 5270 1058 7172 13

Dear Claimant:

Your above referenced tort claim has been considered for administrative review
pursuant to 28 C.F.R. § 0.172, Authority: Federal Tort Claims and 28 C.F.R. Part 14,
Administrative Claims under Federal Tort Claims Act.  Investigation of your claim did not
reveal that you suffered any personal injury as a result of the negligent acts or
omissions of Bureau of Prisons employees acting within the scope of their employment.

As a result of this investigation, your claim is denied.  This memorandum serves as a
notification of final denial under 28 C.F.R. § 14.9, Final Denial of Claim.  If you are
dissatisfied with our agency's action, you may file suit in an appropriate U.S. District
Court no later than 6 months after the date of mailing of this notification.

Sincerely,

Mary A. Noland
Regional Counsel